STATE of Missouri, Respondent,

v.

Kevin MALLETT, Appellant.

Kevin MALLETT, Appellant,

v.

STATE of Missouri, Respondent.

No. 57850.

Missouri Court of Appeals,
Eastern District,
Division One.

July 30, 1991.

Henry B. Robertson, Deborah B. Wafer, St. Louis, for appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Appellant, Kevin Mallett, appeals from his jury trial conviction in the Circuit Court of the City of St. Louis of robbery in the second degree, RSMo § 569.030 (1986), for which he was sentenced to ten years imprisonment. Appellant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We have reviewed the briefs of the parties, the arguments therein, the legal file and the transcript of the proceedings below.

We find that the trial court committed no error and that the order of the motion court was not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm appellant's conviction pursuant to Rule 30.25(b), and the denial of appellant's post-conviction relief motion pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved herein, has been provided to the parties explaining our reasons for so holding.

STATE of Missouri, Respondent,

v.

Jerry HUNTER, Appellant.

Jerry HUNTER, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 58204, 59420.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 30, 1991.

Henry B. Robertson, Asst. Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, Jerry Hunter, appeals from his conviction, after a jury trial, of receiving stolen property valued at over one hundred and fifty dollars. Defendant was sentenced as a persistent offender to imprisonment for twelve years.

No jurisprudential purpose would be served by a written opinion. Defendant's conviction is affirmed. Rule 30.25(b).

Defendant also appeals denial of his 29.15 motion following an evidentiary hearing. Defendant did not brief any allegations of error regarding the motion. Defendant's appeal is dismissed. Rule 84.13.